IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                    CASE NO. 1:94cr01009-MP-AK

JOHN RICHARD KNOCK,
      aka MICHAEL PHILLIP RYAN,
      aka MICKEY RYAN,
      aka JOHN RICHARD PHILLIPS
      aka PATRICK OSBORNE
      aka CHARLES MELIA and
ALBERT THOMAS MADRID,

    Defendants.
_____/

## **FINAL ORDER OF FORFEITURE OF SUBSTITUTE PROPERTY**

THIS CAUSE CAME before the Court on the motion of the United States of America for a Final Order of Forfeiture of Substitute Property. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on July 9, 2001, this Court entered a Final Order of Forfeiture against the following property:

    A.    The sum of $438,000,000.00 as total proceeds obtained by John Richard Knock from his illegal drug activity during and in furtherance of the conspiracy.

    B.    The sum of $8,800,000.00 as total proceeds obtained by Albert Thomas Madrid from his illegal drug activity and

WHEREAS, on February 11, 2005, the Court entered a Preliminary Order of Forfeiture of Substitute Property against the following property:

    (A)    $3,122.53 in United States Currency

   (B)  $9,620.00 in United States Currency

WHEREAS, pursuant to 21 U.S.C. § 853(p), the United States now seeks forfeiture of the substitute property in partial satisfaction of the $438,000,000.00 money judgment; and

WHEREAS, on February 21, 2005, Notice of Forfeiture for Publication was published in the Gainesville Sun, a newspaper of general circulation; and

WHEREAS, no persons or entities have filed a petition asserting an interest in the property; and

WHEREAS, the following substitute property will be credited to the $438,000,000.00 money judgment of John Richard Knock:

   (A)  $3,122.53 in United States Currency

   (B)  $9,620.00 in United States Currency

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-described substitute property, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of in accordance with the law. Furthermore, the United States of America is hereby ordered to credit the net proceeds to the forfeiture judgment of the defendant, John Richard Knock.

**DONE AND ORDERED** this __29th__ day of September, 2005

          *s/Maurice M. Paul*
         Maurice M. Paul, Senior District Judge