IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE AND TALLAHASSEE DIVISIONS

UNITED STATES OF AMERICA

v.                                                               CASE NO. 1:94cr1009

CLAUDE DUBOC,

      Defendant.

_____/

UNITED STATES OF AMERICA

v.                                                               CASE NO. 4:98cr46-RH

CLAUDE DUBOC,

      Defendant.

_____/

**ORDER ADVANCING THE DEADLINE FOR THE
GOVERNMENT TO RESPOND TO THE MOTION
<u>FOR COMPASSIONATE RELEASE</u>**

The deadline for the government to respond to the motion for compassionate release, ECF No. 1204 in Case No. 1:94cr1009 and ECF No. 461 in Case No.

4:98cr46-RH, is advanced to May 20, 2020.

SO ORDERED on May 12, 2020.

>                  s/Robert L. Hinkle
>                  United States District Judge