UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:  ASSIGNMENT OF                               Case No.  4:95mc40111
        CIVIL & CRIMINAL
        CASES
_____/

## ORDER AMENDING CASE ASSIGNMENTS

In order to promote an equitable distribution of cases among the judges of this district, effective June 8, 2021, the clerk is hereby directed to assign cases as indicated below.

District-Wide

All motions filed pursuant to 28 U.S.C. § 2255 in criminal cases will be opened by the clerk as civil cases under Nature of Suit 510 and assigned to the district judge to whom the criminal case is currently assigned.

Death penalty cases will be assigned only to the active judges of this court on a random basis.

Gainesville Division

Criminal cases will be assigned:

    100% to Judge Allen C. Winsor

Petitions for modification or revocation of supervised release will be assigned to the sentencing judge for those individuals sentenced by Judge Allen C. Winsor

1

or Judge William Stafford. Petitions for modification or revocation of supervised release for individuals sentenced by any other judge will be assigned

    100% to Judge Allen C. Winsor

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases will be assigned:

    100% to Judge Allen C. Winsor

All other civil cases will be assigned on a random basis:

    40% to Judge Mark E. Walker

    40% to Judge Allen C. Winsor

    20% to Judge Robert L. Hinkle

Miscellaneous cases will be assigned:

    100% to Judge Allen C. Winsor

<u>Panama City Division</u>

Criminal cases will be assigned on a random basis:

    60% to Judge T. Kent Wetherell, II

    40% to Judge Mark E. Walker

Petitions for modification or revocation of supervised release will be assigned to the sentencing judge for those individuals sentenced by Judge Lacey A. Collier

2

or Judge William Stafford. Petitions for modification or revocation of supervised release for individuals sentenced by any other judge will be assigned:

    100% to Judge T. Kent Wetherell, II

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases will be assigned on a random basis:

    100% to Judge T. Kent Wetherell, II

All other civil cases will be assigned on a random basis:

    32% to Judge Mark E. Walker

    32% to Judge Allen C. Winsor

    26% to Judge T. Kent Wetherell, II

    10% to Judge Robert L. Hinkle

Miscellaneous cases will be assigned:

    100% to Judge T. Kent Wetherell, II

Pensacola Division

Criminal cases will be assigned on a random basis:

    60% to Judge M. Casey Rodgers

    40% to Judge T. Kent Wetherell, II

3

Petitions for modification or revocation of supervised release will be assigned to the sentencing judge for those individuals sentenced by Judge M. Casey Rodgers; Judge T. Kent Wetherell, II; Judge Lacey A. Collier; or Judge William Stafford.  Petitions for modification or revocation of supervised release for individuals sentenced by any other judge will be assigned:

> 100% to Judge M. Casey Rodgers

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases will be assigned on a random basis:

> 50% to Judge Lacey A. Collier
>
> 45% to Judge M. Casey Rodgers
>
>  5% to Judge T. Kent Wetherell, II

All other civil cases will be assigned on a random basis:

> 50% to Judge M. Casey Rodgers
>
> 50% to Judge T. Kent Wetherell, II

Miscellaneous cases will be assigned:

> 100% to Judge M. Casey Rodgers

<u>Tallahassee Division</u>

Criminal cases will be assigned on a random basis:

4

>  60% to Judge Mark E. Walker
>
>  20% to Judge Allen C. Winsor
>
>  20% to Judge Robert L. Hinkle

Petitions for modification or revocation of supervised release will be assigned to the sentencing judge for those individuals sentenced by Judge Mark E. Walker, Judge Allen C. Winsor, or Judge William Stafford.  Petitions for modification or revocation of supervised release for individuals sentenced by any other judge will be assigned:

>  100% to Judge Mark E. Walker

Prisoner (530, 540, 550, 555); social security (861, 862, 863, 864, 865); contract (152, 153); forfeiture/penalty (610, 620, 625, 630, 640, 650, 660, 690); alien deportation (463); and bankruptcy (422, 423) civil cases will be assigned on a random basis:

>  45% to Judge Mark E. Walker
>
>  35% to Judge William Stafford
>
>  20% to Judge Allen C. Winsor

All other civil cases will be assigned on a random basis:

>  35% to Judge Mark E. Walker
>
>  35% to Judge Allen C. Winsor
>
>  20% to Judge Robert L. Hinkle

5

   10% to Judge William Stafford

Miscellaneous cases will be assigned:

   100% to Judge Mark E. Walker

Upon the reopening or filing of a motion in a case assigned to a judge who is no longer receiving cases or motions of that type, unless directed otherwise by order of the court, the clerk will randomly reassign the case to a judge in the division where the case was originally filed.

   **DONE AND ORDERED** this 7th day of June, 2021.

             **s/ Mark E. Walker**
             **Chief United States District Judge**