IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                                                Case No. 1:94-cr-1009-AW-GRJ

**ALBERT MADRID,**

    **Defendant.**

_____/

### ORDER GRANTING MOTION TO DISCLOSE PRESENTENCE INVESTIGATION REPORT TO CLEMENCY COUNSEL

The court sentenced Albert Madrid in 2001. Through counsel, Madrid now moves for an order disclosing his presentence investigation report for purposes of seeking clemency. ECF No. 1222. The motion seeks an order allowing clemency counsel to review the PSR to evaluate Marid's eligibility for the NACDL Trial Penalty Clemency Project. It also seeks permission to submit the PSR along with Madrid's formal clemency petition, if one is submitted. This order grants the requested relief in part.

This court has discretion to order the PSR's release. *See United States v. Gomez*, 323 F.3d 1305, 1307 (11th Cir. 2003). Here, Madrid consents to the release, and the release would be to his own attorney. Under these circumstances, I find release appropriate. I cannot now conclude, though, that it would be necessary or appropriate to submit all or part of the PSR with any forthcoming clemency petition. Some part might be relevant for a clemency determination; others might not be.

1

Therefore, before submitting the PSR, counsel must obtain a separate order. In seeking such order, counsel must set out in detail what portions of the PSR will be included and for what purpose.

It is now ORDERED:

1. The motion to disclose the presentence investigation report to clemency counsel (ECF No. 1222) is GRANTED to the extent set out in this order.

2. The clerk will provide a copy of the PSR (ECF No. 1224) to Attorney James D'Cruz.

3. Mr. D'Cruz may disclose the PSR only to other attorneys who are working on Madrid's clemency efforts and who agree to be bound by this order.

4. Counsel may use the PSR only for purposes of representing Mr. Madrid in connection with the Trial Penalty Clemency Project.

5. Counsel may not submit the PSR in connection with a clemency petition without first obtaining a separate order authorizing that use.

6. No person may provide a copy to Mr. Madrid.

7. Counsel must destroy all copies of the PSR at the conclusion of the representation.

SO ORDERED on July 11, 2022.

s/ *Allen Winsor*
United States District Judge